UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

AARON DUBOSE,
    Plaintiff,

vs.                                            05-1081

EDWARD BOWEN, et al.,
    Defendants.

ORDER

    The plaintiff has filed a second motion for leave to proceed in forma pauperis on appeal [d/e 29]. The plaintiff's notice of appeal states that he is appealing the court's final judgement on November 1, 2005.  Final judgement was not entered on this date. On November 1, 2005, the court denied the plaintiff's first motion for leave to appeal in forma pauperis.   The plaintiff was informed on November 1, 2005, that if he " wishes to contest this Court's finding that the appeal is not taken in good faith, he must file a motion with the Court of Appeals seeking review of this Court's certification within 30 days after service of this order." *See* November 1, 2005 Court Order.  The plaintiff did not follow the specific instructions provided, but instead filed another notice of appeal with the District Court and filed a second motion for leave to appeal in forma pauperis.  Accordingly, the court denies plaintiff's second motion for leave to proceed in forma pauperis on appeal and certifies, pursuant to 28 U.S.C. §1915(a)(3), that the appeal is not in good faith. [d/e 29]

    IT IS THEREFORE ORDERED that plaintiff's motion for leave to appeal in forma pauperis is denied. [d/e 29].   <u>The clerk is directed to  submit a copy of this order to the United States Court of Appeals for the Seventh Circuit</u>

Enter this 5th day of January, 2006.

                                       **s\Harold A. Baker**
                      _____
                                   HAROLD A. BAKER
                              UNITED STATES DISTRICT JUDGE